IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MINDY IVES, § § § Plaintiff, § § v. § Civil Action No. 4:17-cv-00011-O-BP § KROGER TEXAS L.P, § § Defendant. § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion (ECF No. 28) is **GRANTED**. This case is **DISMISSED** without prejudice to Plaintiff's right to reopen the case provided that she files a motion to reopen along with a brief in support on or before thirty (30) days from the date of Judge O'Connor's order dismissing the case.

**SO ORDERED** on this **12th day** of **March, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE